UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 05-305 |
|---|---|---|
| v. | * | SECTION: "A" |
| MAGALE O. ROBINSON | * | HON. JAY C. ZAINEY |

* * * * * * * * * * * * * *

## ORDER ON MOTIONS

Pro Se defendant Magale O. Robinson filed a <u>Motion to Correct Clerical Error and Requesting Judgment be Amended Under Rule 36, for Federal Rules of Procedure Where Supreme Court(s) Recently Announced Decision for Setser v. United States Provide Court(s) with Discretion and authority to Provide Jail Credit to Those Defendant(s) whom Received State and Federal Current Sentencing</u> (Rec. Doc. No. 77) and <u>Defendant(s) Motion Traverse</u> (Rec. Doc. No. 80). For the following reasons, the Motions are DENIED.

The Defendant is requesting that he be provided the appropriate amount of "jail credit" regarding his state and federal convictions.

On November 7, 2006 Magale Robinson was sentenced to 130 months, to run concurrently to his state sentence. On May 13, 2008, the sentence was reduced pursuant to 18 U.S.C. 3582(c)(2) to 120 months, with all provisions of the November 7, 2006 judgment remaining in effect

The Bureau of Prisons provided the Court with a copy of the computation of Magale Robinson's sentence. The Court is satisfied that Magale Robinson has been given credit for the time since the date of the original judgment, November 7, 2006 and that the release date is consistent with the judgment.

Accordingly,

**IT IS ORDERED** that the Defendant's <u>Motion to Correct Clerical Error and Requesting Judgment be Amended Under Rule 36, for Federal Rules of Procedure Where Supreme Court(s)</u>

Recently Announced Decision for Setser v. United States Provide Court(s) with Discretion and authority to Provide Jail Credit to Those Defendant(s) whom Received State and Federal Current Sentencing (Rec. Doc. No. 77) and Defendant(s) Motion Traverse (Rec. Doc. No. 80) are **DENIED**.

New Orleans, Louisiana, Friday, December 28, 2012.

_____
Judge Jay C. Zainey
United States District Court